

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-26-00187-CR

**IN RE** Joe **SAUCEDO**, Jr.

Original Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
Irene Rios, Justice
Adrian A. Spears II, Justice

Delivered and Filed: March 25, 2026

PETITION FOR WRIT OF MANDAMUS DENIED; EMERGENCY MOTION FOR TEMPORARY RELIEF DENIED AS MOOT

Relator, Joe Saucedo, Jr., filed his petition for writ of mandamus and emergency motion for temporary relief on March 6, 2026. Having considered the petition, motion, and accompanying record, this Court has determined that relator has not established that he is entitled to the relief requested. The petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a). The emergency motion for temporary relief is denied as moot.

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2025PF45682, styled *The State of Texas v. Joe Saucedo, Jr.*, pending in the County Court at Law No. 2, Bexar County, Texas, the Honorable Yolanda T. Huff presiding.